IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| David R., | : |
| Plaintiff, | : Case No. 2:23-cv-3614 |
| v. | : Judge Graham |
| Commissioner of Social Security, | : Magistrate Judge Gentry |
| Defendant. | : |

**ORDER**

This matter is before the Court upon the parties' joint motion for an award of attorney's fees and costs to plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $4,600.00 in attorney fees and $0.00 (zero) in costs.

Based upon the parties' joint agreement in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, the Court:

(1) **APPROVES** the parties' joint motion; and

(2) **GRANTS** Plaintiff EAJA fees and costs in the amount of $4,600.00 in attorney fees and $0.00 (zero) in costs, for a total of $4,600.00. The award of attorney fees and costs will fully satisfy any and all of Plaintiff s claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable in this case.

Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant will direct that the award

[2]

be made payable to Plaintiff but mailed to Plaintiff's counsel at his address of record, 5810 Shier Rings Road, Front, Dublin, OH 43016

  **IT IS SO ORDERED**.

                    s/ James L. Graham
                    JAMES L. GRAHAM
                    United States District Judge

DATE: March 10, 2025